UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HERMAN CARLEE McMILLAN,

                Plaintiff,

-against-

E. KOEHLER; ALLYN R. SIELAFF;
THE CITY OF NEW YORK; THE
NEW YORK CITY DEPARTMENT OF
CORRECTION; Superintendent Warden
(Center 95); Warden, WILLIAM
COGDELL; ROBERT DEROSA;
TREVOR JOHNSON; CECIL GEORGE;
MAURICE CARROLL; ROBERT
ROSMINI;

                Defendants.
---------------------------------------------------------------X

JUDGMENT
08-CV- 1006 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2008 ★

An Order of Honorable John Gleeson, United States District Judge, having been filed on April 14, 2008, denying plaintiff's motion for leave to file a complaint; dismissing the action; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's motion for leave to file a complaint is denied; that the action is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
      April 15, 2008

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court